[No. 22427–1–I.   Division One.   October 31, 1988.]

*In the Matter of the Personal Restraint of*
JAMES WARREN WHITE, *Petitioner.*

Petition for relief from personal restraint. *Remanded* by unpublished per curiam opinion.

[No. 20192–1–I.   Division One.   October 31, 1988.]

*In the Matter of the Marriage of* CHARLES M. CRUIK-SHANK III, *Respondent, and* SARAH K. CRUIKSHANK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–3–07863–4, John G. Ritchie, J. Pro Tem., entered March 6, 1987. *Reversed* by unpublished opinion per Grosse, J., concurred in by Scholfield, C.J., and Williams, J. Pro Tem.

[No. 17960–8–I.   Division One.   October 31, 1988.]

SANDRA BONOMI, *Appellant,* v. ROGER STOWE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–08379–2, John W. Riley, J., entered January 23, 1986. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Pekelis, J.

[No. 21894–8–I.   Division One.   October 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TRACEY JAMES RINEHARDT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03295–3, Edward Heavey, J., entered January 25, 1988. *Dismissed* by unpublished per curiam opinion.